UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN COSTEIU; individually, and on behalf of other members of the general public similarly situated and on behalf of aggrieved employees pursuant to the Private Attorneys General Act;<br><br>Plaintiff,<br><br>v.<br><br>INTERTEK TESTING SERVICES NA, INC., an unknown business entity; INTERTEK USA, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:16-CV-00583-JAM-AC<br><br>Honorable John A. Mendez<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DENYING PLAINTIFF'S MOTION TO STRIKE AS MOOT** |

# ORDER

Plaintiff Quentin Costeiu's ("Plaintiff") Motion to Remand came on for hearing before this Court on June 14, 2016, at approximately 1:30 p.m., in Courtroom 6 of the United States District Court for the Eastern District of California. Jill J. Parker of Lawyers *for* Justice, PC appeared on behalf of Plaintiff. Coby M. Turner of Seyfarth Shaw LLP appeared on behalf of Defendants Intertek Testing Services NA, Inc. and Intertek USA, Inc. ("Defendants").

The Court has reviewed Plaintiff's moving papers, Defendants' opposition, and Plaintiff's reply brief in connection with the motion. The Court has also considered oral argument and all evidence presented at the hearing.

Plaintiff's Motion to Remand is hereby **GRANTED** for the reasons set forth in the record. Although Defendants' allegations concerning the diversity of citizenship are sufficient, Defendants have not established by a preponderance of the evidence at this stage that the amount in controversy exceeds $5 million as required by the Class Action Fairness Act of 2005 ("CAFA"). Should subsequent discovery provide evidence that the amount in controversy is over $5 million, Defendants may re-remove the action to federal court at that time.

Accordingly, this action is hereby remanded to the Sacramento Superior Court. Because the case is remanded, the Court does not reach the merits of Plaintiff's Motion to Strike, and denies it as moot.

Defendants are ordered to pay sanctions in the amount of $100 for exceeding the fifteen (15) page limit set forth in the Court's Order re Filing Requirements for Cases Assigned to Judge Mendez (Dkt. No. 2-2) within five (5) days.

**IT IS SO ORDERED.**

Dated: 6/24/2016                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    Judge of the U.S. District Court

**APPROVED AS TO FORM:**

Dated: June 23, 2016              **LAWYERS *for* JUSTICE, PC**

By: /s/ Jill J. Parker
    Jill J. Parker
    *Attorneys for* Plaintiff

Dated: June 23, 2016              **SEYFARTH SHAW LLP**

By: /s/ Coby M. Turner
    (as authorized on June 23, 2016)
    Coby M. Turner
    *Attorneys for* Defendants